UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

In Re.                                                             No. C 13-2680 SI (pr)

RANDALL ADKISON,                          **ORDER OF DISMISSAL**

           Plaintiff.

          Plaintiff sent to the court a letter complaining about conditions of confinement at the California Men's Colony in San Luis Obispo, where is incarcerated. In an effort to protect his rights, a new action was opened and the letter was filed on June 11, 2013. Plaintiff was informed that he had not filed a complaint, and was given 28 days to do so or the action would be dismissed. He also was sent a notice that he had not paid the filing fee or applied for leave to proceed *in forma pauperis*, and was given 28 days to either pay the fee or file the application or the action would be dismissed. Plaintiff did not file a complaint or file an *in forma pauperis* application or pay the fee. Instead, he sent a letter stating that he wrote to the court to try to prevent his transfer to an out-of-state facility but did not intend to file a court action. This action therefore is DISMISSED without prejudice. No fee is due. The clerk shall close the file.

          IT IS SO ORDERED.

Dated: October 10, 2013                                    _____

                                                                         SUSAN ILLSTON
                                                                       United States District Judge