UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

In Re.                                             No. C 13-2680 SI (pr)

RANDALL ADKISON,                    **JUDGMENT**

        Plaintiff.

_____/

This action is dismissed without prejudice.

IT IS SO ORDERED AND ADJUDGED.

Dated: October 10, 2013                            _____
                                                                               SUSAN ILLSTON
                                                              United States District Judge

**United States District Court**
For the Northern District of California