UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In Re. | No. C 13-2680 SI (pr) |
| RANDALL ADKISON, | **JUDGMENT** |
| Plaintiff. | |

This action is dismissed without prejudice.

IT IS SO ORDERED AND ADJUDGED.

Dated: October 10, 2013

_____
SUSAN ILLSTON
United States District Judge